UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BENJAMIN D. HELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-CV-00095-JRG-CRW |
| | ) | |
| CPT. LAWS, LT. COFFEY, CPL. CASH, | ) | |
| C/O FERGUSON, OFFICER TATE, | ) | |
| C/O DAVIS, C/O SHEPARD, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed today, Plaintiff's complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                         s/J. RONNIE GREER
                                   UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *LeAnna R. Wilson*
    District Court Clerk